IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Barry Rose, <br>     Plaintiff, <br> v. <br><br> RICHARD HANEY, individually and in his capacity as Provost of the College of Lake County and THE COLLEGE OF LAKE COUNTY, <br>     Defendants. | Case No. 16-cv-5088 <br> Judge Thomas M. Durkin <br> Magistrate Judge Mary M. Rowland |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, BARRY ROSE, by his attorney, Jed Stone of Stone & Associates, Ltd., and Defendants, Richard Haney and the College of Lake County, by their attorneys, Frank B. Garrett III and Catherine R. Locallo of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear their own costs and fees.

Dated: August 24, 2017

Respectfully submitted

By: /s/Catherine R. Locallo
    Catherine R. Locallo
    One of Attorneys for the Defendants

Frank B. Garrett III
Catherine R. Locallo
Robbins, Schwartz, Nicholas,
 Lifton & Taylor, Ltd.
55 W. Monroe St., Suite 800
Chicago, IL 60603
(312) 332-7760
fgarrett@robbins-schwartz.com
clocallo@robbins-schwartz.com

Respectfully submitted

By: _____
    Jed Stone
    Attorney for Plaintiff

Jed Stone
Stone & Associates, Ltd.
415 Washington St., Suite 107
Waukegan, IL 60085
(847) 336-7888
(847) 336-0733 (fax)
(312) 332-7768 (fax)
jstone@jedstone.com